# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>Plaintiff,<br><br>v.<br><br>AYON, et al.,<br><br>Defendants. | Case No. 1:26-cv-01487-JLT-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 14)<br><br>**NOVEMBER 20, 2026 DEADLINE** |

Pending before the Court is a request from Plaintiff seeking an extension of time in order to file objections to the Court's October 13, 2026 findings and recommendations. (ECF No. 14.) Following review, the Court GRANTS the request and ORDERS that Plaintiff shall have through **November 20, 2026**, to file any objections.

Any further request for an extension must be supported by good cause.

IT IS SO ORDERED.

Dated: **November 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge